IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY DEMETRIUS GARLAND,

    Plaintiff,

v.                              CASE NO. 4:14cv3-RH/CAS

CORIZON HEALTH SERVICES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 30. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice for failure to exhaust administrative remedies prior to filing the complaint." The clerk must close the file.

SO ORDERED on December 1, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge